# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Gonzalez, Nasario Antonio | Docket No. | 0980 2:13CR02092-026 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Nasario Antonio Gonzalez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 18th day of September 2013, under the following conditions:

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether or not the defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Gonzalez tested positive for marijuana on October 3, November 5, and 19, 2013.

Mr. Gonzalez submitted to random urinalysis testing on October 3, November 5, and 19, 2013. On December 4, 2013, the U.S. Probation Office received a letter from Alere Toxicology Services regarding the interpretation of the urine samples collected from Mr. Gonzalez. According to the toxicologist, Mr. Gonzalez reused marijuana prior to the specimens collected on November 5, and 19, 2013.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | by | s/Jose Zepeda |
| | | Jose Zepeda
U.S. Pretrial Services Officer |

Sworn to before me, and subscribed

Date       at ✎, Washington

Signature of Judicial Officer

PS-8

Case 2:13-cr-02092-LRS    Document 899    Filed 12/11/13

**Re: Gonzalez, Nasario**
**December 11, 2013**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

  December 11, 2013
Date